**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

CHOSEN FEW EMERALD ENTERTAINMENT, INC.,

*Plaintiff,*

v.

C.A. No. 1:25-cv-08979-LAP

RANDY ORTIZ ACEVEDO, BLACK DIAMOND MUSIC I CORP, CARLOS CORDERO, and NOTA LOCA MUSIC CORP.,

*Defendants.*

---------------------------------------------------------------x

**~~[PROPOSED]~~ PARTIAL DEFAULT JUDGMENT**

WHEREAS, on October 29, 2025, Plaintiff Chosen Few Emerald Entertainment, Inc. ("Plaintiff") filed its Complaint against Defendants Randy Ortiz Acevedo, Black Diamond Music I Corp., Carlos Cordero, and Nota Loca Music Corp. (together, the "Defendants"); on October 31, 2025, this Court issued a Summons for each of the Defendants; on November 11, 2025, a true and correct copy of the Summons and Complaint, along with the exhibits attached thereto, was served on each of the Defendants except defendant Randy Ortiz Acevedo ("Acevedo"); on November 25, 2025, Plaintiff filed Affidavits of Service of the Complaint for each of the Defendants; Service of a true and correct copy of the Summons and Complaint was complete upon Acevedo on December 5, 2025; Defendants have not answered the Complaint and the Defendants' respective times for answering the Complaint have expired; on April 2, 2026, Plaintiff filed a Proposed Clerk's Certificate of Default for each of the Defendants and Affirmations in Support of such; and on April 6, 2026, the Clerk entered a Certificate of Default for each of the Defendants in this matter.

In light of the above facts, it is:

ORDERED, ADJUDGED AND DECREED that:

1. Plaintiff is the sole owner of the copyrights in the recording entitled "Siente El Boom," the composition entitled "Siente El Boom," and the recording entitled "Siente El Boom (Remix)" (collectively, the "Subject Works").
2. Defendants willfully infringed Plaintiff's copyrights in the Subject Works.
3. Plaintiff has partial default judgment against Defendants in the amount of $451,228.23 in damages, plus its attorneys' fees and disbursements incurred in this action, in the amount of $36,835.08, amounting in all to $488,063.31.

July 13
Dated: ~~June 17~~, 2026
New York, New York

Loretta A. Preska
Hon. Loretta A. Preska